REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
212.521.5400 (Telephone)
212.521.5450 (Facsimile)
Michael J. Venditto, Esq. (MV-6715)
Christopher A. Lynch, Esq. (CL-3290)

McGRATH LAW GROUP, P.C.
Three Gateway Center, Suite 1375
401 Liberty Avenue
Pittsburgh, Pennsylvania 15222
412.281.4333 (Telephone)
412.281.2141 (Facsimile)
Paul S. McGrath, Jr., Esq.
Justin L. McCall, Esq.

*Attorneys for First Commonwealth Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
                                      :

**In re:**                              :

                                      :    **Chapter 11**

**FRESH HARVEST RIVER LLC,**        :

                                      :    **Case No. 10-14814 (ALG)**

                        **Debtors.**    :

                                      :
------------------------------------------------------------ X

### <u>MOTION FOR ADMISSION TO PRACTICE,</u> *Pro Hac Vice*

I, Justin L. McCall, a member in good standing of the bar in the State of Pennsylvania
and the bar for the U.S. District Court for the Western and Middle Districts of Pennsylvania,
request admission before this Court **pro hac vice,** to represent First Commonwealth Bank, a
creditor in the above-referenced bankruptcy proceeding. For the purposes of this proceeding, my
contact information is as follows:

Mailing address:
    Three Gateway Center, Suite 1375, 401 Liberty Avenue, Pittsburgh, Pennsylvania 15222;

US_ACTIVE-104531426.1

E-mail address:
    jmccall@lenderlaw.com;

Telephone number:
    412.281.4333.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: September 15, 2010            Respectfully submitted,

**REED SMITH LLP**

By:   */s/*
         Michael J. Venditto, Esq. (MV-6715)
         Christopher A. Lynch, Esq. (CL-3290)
         599 Lexington Avenue, 22nd Floor
         New York, New York 10022
         Telephone: 212.521.5400
         Facsimile: 212.521.5450

         -and-

         McGRATH LAW GROUP, P.C.
         Paul S. McGrath, Jr., Esq.
         Justin L. McCall, Esq.
         Three Gateway Center, Suite 1375
         401 Liberty Avenue
         Pittsburgh, Pennsylvania 15222
         Telephone: 412.281.4333
         Facsimile: 412.281.2141

         *Attorneys for First Commonwealth Bank*

US_ACTIVE-104531426.1

REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
212.521.5400 (Telephone)
212.521.5450 (Facsimile)
Michael J. Venditto, Esq. (MV-6715)
Christopher A. Lynch, Esq. (CL-3290)

McGRATH LAW GROUP, P.C.
Three Gateway Center, Suite 1375
401 Liberty Avenue
Pittsburgh, Pennsylvania 15222
412.281.4333 (Telephone)
412.281.2141 (Facsimile)
Paul S. McGrath, Jr., Esq.
Justin L. McCall, Esq.

*Attorneys for First Commonwealth Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- **X**
                   **:**
**In re:**           **:**
                   **:**    **Chapter 11**
**FRESH HARVEST RIVER LLC,**    **:**
                   **:**    **Case No. 10-14814 (ALG)**
           **Debtors.**    **:**
                   **:**
---------------------------------------------------------- **X**

## CERTIFICATE OF SERVICE

I, Amanda Leonard, hereby certify that on September 15, 2010, I caused a true and correct copy of the *Motion for Admission to Practice, Pro Hac Vice* be served via U.S. First Class Mail, postage prepaid, on the addresses set forth below:

US_ACTIVE-104531426.1

Fresh Harvest River LLC
41 Madison Avenue
New York, NY 10022

Frederick E. Schmidt
Hanh V. Huynh
Joshua J. Angel
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Dated:  September 15, 2010

By:    /s/ Amanda Leonard
       Amanda Leonard

US_ACTIVE-104531426.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ **X**
                                                              **:**
**In re:**                                                    **:**
                                                              **:**    **Chapter 11**
**FRESH HARVEST RIVER LLC,**                                  **:**
                                                              **:**    **Case No. 10-14814 (ALG)**
                                  **Debtors.**                **:**
                                                              **:**
------------------------------------------------------------ **X**

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the motion of Justin L. McCall, a member in good standing of the bar in the State of Pennsylvania and the bar for the U.S. District Court for the Western and Middle Districts of Pennsylvania, having requested admission, ***pro hac vice***, to represent First Commonwealth Bank, a creditor in the above-referenced bankruptcy proceeding, it is

**ORDERED,** that Justin L. McCall, Esq., is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:_____
　　　New York, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE-104531426.1